IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-75-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| ALVIN JERMAINE PAULK, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Government's Motion to Reduce Term of Imprisonment to Time Served. (Doc. No. 81). For the reasons stated in the Government's Motion, the Court hereby ORDERS that Defendant's sentence to the United States Bureau of Prisons is REDUCED to time served, and Defendant shall be released from custody of the Bureau of Prisons. All other terms and conditions of Defendant's sentence remain unchanged, and Defendant shall begin serving the term of supervised release previously imposed by the Court.

The Clerk of Court is directed to certify a copy of this Order to both the United States Bureau of Prisons and the United States Marshal for the Western District of North Carolina.

IT IS SO ORDERED.

Signed: January 31, 2017

Frank D. Whitney
Chief United States District Judge